OPINION — AG — (1) 47 O.S. 1980 Supp. 11-1007 [47-11-1007], ALLOWS FOR ENFORCEMENT OF HANDICAP PARKING IN PLACES OTHER THAN PUBLIC PLACES. (2) 47 O.S. 1980 Supp. 11-1007 [47-11-1007], DOES NOT LAWFULLY DISCRIMINATE BY REQUIRING A DOCTOR'S CERTIFICATE OF DISABILITY (PHYSICIAN) (3) THE QUESTION OF WHETHER THE PENALTY FOR VIOLATION OF 47 O.S. 1980 Supp. 11-1007 [47-11-1007], IS IN LINE WITH SIMILAR PARKING VIOLATIONS IS A QUESTION OF FACT AND CANNOT BE ANSWERED AS A MATTER OF LAW. (HANDICAP PARKING) (MOTOR VEHICLES) CITE: 47 O.S. 1980 Supp. 11-1108 [47-11-1108], 47 O.S. 1973 Supp., 149.3 [47-149.3] (SUSAN TALBOT)